```
 1  KURT A. KAPPES - SBN 146384
    JENNIFER M. HOLLY - SBN 263705
 2  GREENBERG TRAURIG, LLP
    1201 K Street, Suite 1100
 3  Sacramento, CA  95814-3938
    Telephone:  (916) 442-1111
 4  Facsimile:  (916) 448-1709
    kappesk@gtlaw.com
 5  hollyj@gtlaw.com

 6  Attorneys for Defendants,
    SCHNEIDER NATIONAL, INC. (erroneously sued as
 7  SCHNEIDER NATIONAL TRUCKING COMPANY);
    SCHNEIDER NATIONAL CARRIERS, INC. and
 8  SCHNEIDER NATIONAL BULK CARRIERS, INC.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY; SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO.  2:11-CV-01517-MCE-KJN<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS**<br><br>Complaint Filed: April 20, 2011<br>Trial Date:   March 17, 2014 |

1  Having considered Defendants' *Ex Parte* Application to continue the last date for hearing of dispositive motions, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT** the Court will hear dispositive motions on May 30, 2013.  All dates for submission of papers shall comply with Local Rule 230.  Opposition, if any, shall be filed in writing and served not less than fourteen (14) days preceding the hearing date.

IT IS SO ORDERED.

Dated:  January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1   Case No. 2:11-CV-01517-MCE-KJN
[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS