| | |
|---|---|
| 1 | KURT A. KAPPES - SBN 146384 |
|   | JENNIFER M. HOLLY - SBN 263705 |
| 2 | GREENBERG TAURIG, LLP |
|   | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA  95814-3938 |
|   | Telephone:  (916) 442-1111 |
| 4 | Facsimile:  (916) 448-1709 |
|   | kappesk@gtlaw.com |
| 5 | hollyj@gtlaw.com |

Attorneys for Defendants,
SCHNEIDER NATIONAL, INC. (erroneously sued as
SCHNEIDER NATIONAL TRUCKING COMPANY);
SCHNEIDER NATIONAL CARRIERS, INC. and
SCHNEIDER NATIONAL BULK CARRIERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY; SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO.  2:11-CV-01517-MCE-KJN<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS**<br><br>Complaint Filed: April 20, 2011<br>Trial Date:  March 17, 2014 |

1  Having considered Defendants' *Ex Parte* Application to continue the last date for
2  hearing of dispositive motions, and finding good cause therefore,

3  **IT IS HEREBY ORDERED THAT** the Court will hear dispositive motions on
4  May 30, 2013.  All dates for submission of papers shall comply with Local Rule 230.
5  Opposition, if any, shall be filed in writing and served not less than fourteen (14) days
6  preceding the hearing date.

7  IT IS SO ORDERED.

8

9  Dated:  January 3, 2013

10  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
11  UNITED STATES DISTRICT COURT

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Case No. 2:11-CV-01517-MCE-KJN
[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE LAST
DAY TO HEAR DISPOSITIVE MOTIONS