KURT A. KAPPES - SBN 146384
JENNIFER M. HOLLY - SBN 263705
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
hollyj@gtlaw.com

Attorneys for Defendants,
SCHNEIDER NATIONAL, INC. (erroneously sued as
SCHNEIDER NATIONAL TRUCKING COMPANY);
SCHNEIDER NATIONAL CARRIERS, INC. and
SCHNEIDER NATIONAL BULK CARRIERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY; SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO.  2:11-CV-01517-MCE-KJN<br><br>**AMENDED ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS**<br><br>Complaint Filed: April 20, 2011<br>Trial Date:  March 17, 2014 |

1. Having considered Defendants' *Ex Parte* Application to continue the last date for hearing of dispositive motions, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT** the February 21, 2013 Motions for Summary Judgment (ECF Nos. 14 and 15) are vacated and continued to May 30, 2013 at 2:00 p.m. Opposition, if any to these Motions, shall be filed in writing and served not less than fourteen (14) days preceding the hearing date. Replies, if any, shall be filed in writing and served not less than seven (7) days preceding the hearing date. Pursuant to the Court's Pretrial Scheduling Order (ECF No. 8), the last day to file any new or amended disposition motion(s) is January 24, 2013. All other due dates set forth in the Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: January 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT