UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI, | No. 2:11-cv-01517-MCE-KJN |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| SCHNEIDER NATIONAL TRUCKING COMPANY, ET AL., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the March 17, 2014 jury trial is vacated and continued to **May 12, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **March 6, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the January 23, 2014 Final Pretrial Conference is vacated and continued to **March 20, 2014**, at **2:00 p.m.** in Courtroom 7. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

///

1

Any evidentiary or procedural motions currently set for hearing on January 23, 2014 will be considered at the March 20, 2014 Final Pretrial Conference. The parties are directed to continue to follow the due dates set forth in the Court's October 30, 2012 Order Continuing Trial regarding the filing of oppositions and replies, if any. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: January 6, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE