UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY, ET AL.,<br><br>    Defendants. | No. 2:11-cv-01517-MCE-KJN<br><br>**ORDER CONTINUING TRIAL** |

    YOU ARE HEREBY NOTIFIED the Jury trial is vacated and continued to **June 16, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **April 3, 2014**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 20, 2014 Final Pretrial Conference is vacated and continued to **April 17, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **March 27, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

///

1  Any evidentiary or procedural motions are to be filed by **March 27, 2014**.
2  Oppositions must be filed by **April 3, 2014** and any reply must be filed by **April 10, 2014.**
3  The motions will be heard by the Court at the same time as the Final Pretrial
4  Conference.
5  IT IS SO ORDERED.
6  DATED: February 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT