KURT A. KAPPES - SBN 146384
STEPHEN E. PAFFRATH – SBN 195932
JENNIFER M. HOLLY - SBN 251743
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
paffraths@gtlaw.com
hollyj@gtlaw.com

Attorneys for Defendants,
SCHNEIDER NATIONAL, INC. (erroneously sued as
SCHNEIDER NATIONAL TRUCKING COMPANY);
SCHNEIDER NATIONAL CARRIERS, INC. AND SCHNEIDER
NATIONAL BULK CARRIERS, INC.

ADAM BLAIR CORREN, SBN 183067
LAW OFFICES OF CORREN AND CORREN
A5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone:  (209) 478-2621
Facsimile:  (209) 478-3038

Attorney for Plaintiff,
MOHAMMAD SHARIFI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY; SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO. 2:11-CV-01517-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Complaint Filed: April 20, 2011<br>Trial Date:   June 16, 2014<br><br>Assigned to:  The Hon. Morrison C. England |

IT IS AGREED AND STIPULATED, by and between the parties to this action, as represented by counsel, that the jury trial in this action be vacated and continued to a further trial date. The parties have never requested any prior continuances, have scheduling conflicts on the new dates that were scheduled, and request a trial date, and corresponding deadlines, commencing on either November 3, 2014, November 10, 2014, or any time in February or March, 2015.

The parties have already completed and filed the Joint Final Pretrial Statement and all evidentiary and procedural motions, save for any motion to compel Defendants may file with respect to Plaintiff's responses to Defendants' discovery requests, Set Two.

Counsel for Defendants is currently scheduled for trial and vacation until November 1, 2014 and in January 2015.

Counsel for Plaintiff is currently scheduled for trial and vacation the last weeks in November, 2014 and December, 2014.

**IT IS SO STIPULATED.**

DATED: March 3, 2014              GREENBERG TRAURIG, LLP

By:  /s/ *Jennifer M. Holly*
    KURT A. KAPPES
    JENNIFER M. HOLLY
    Attorneys for Defendants
    Schneider National, Inc., Schneider National Carriers, Inc.; and Schneider National Bulk Carriers, Inc.

DATED: March 3, 2014              LAW OFFICES OF CORREN AND CORREN

By:  /s/ *Adam Blair Corren*
    ADAM BLAIR CORREN
    Attorney for Plaintiff
    Mohammad Sharifi

**O R D E R**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the June 16, 2014 Jury Trial, the April 17, 2014 Final Pretrial Conference, and the February 6, 2014 Order Continuing Trial, ECF No. 51, are all VACATED.  The Court will reset trial by separate order.

IT IS SO ORDERED.

Dated:  March 7, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT