Adam Blair Corren, SB#183067
LAW OFFICES OF CORREN AND CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone:  (209) 478-2621
Facsimile:  (209) 478-3038

Attorney for Plaintiff
MOHAMMAD SHARIFI

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHARIFI,<br><br>            Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL TRUCKING COMPANY,  SCHNEIDER NATIONAL CARRIERS INC., SCHNEIDER NATIONAL BULK CARRIERS INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2: 11-CV-01517-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff Mohammad Sharifi and Defendants, through their respective counsel of record, that Plaintiff's Complaint bearing case number 2:11-CV-01517-MCE-KJN (removed from San Joaquin County Superior Court, case number 39-2011-00261452-CU-WT-STK), and all causes of action contained therein, be dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Plaintiff and Defendants agree that

///

///

the parties will bear their own costs and fees of suit.

DATED:  January 29, 2015                    CORREN & CORREN


                                            By  /s/ Adam Blair Corren
                                            Attorney for Plaintiff
                                            Mohammad Sharifi



DATED:    January 29, 2015                  GREENBERG TRAURIG


                                            By  /s/ Jennifer M. Holly
                                            Attorneys for Defendants
                                            Schneider National Trucking Company
                                            Schneider National Carriers Inc.
                                            Schneider National Bulk Carriers, Inc.



**ORDER**


        The above-captioned matter is dismissed in its entirety with prejudice, with each party to bear its

own fees and costs in connection with this action.

        IT IS SO ORDERED.

Dated:  February 2, 2015

                                            _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT